UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Denali Construction Services, LLC

Case No.: 24-33155-11-MLV

Debtor(s)

### APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Rappaport_____ __Logan_____ _____
               *Last*                         *First*                     *MI*

2. Firm Name: Bronster, LLP

3. Address: 156 West 56th Street, Suite 703

   New York, New York 10019

4. Phone: 347-826-5051   FAX: 347-246-4893

   Email: lrappaport@bronsterllp.com

5. Name used to sign *all* pleadings: Logan Rappaport

6. Retained by: TVT Capital Source, LLC

7. Admitted on 3/20/07 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 4495826.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | US District Court - EDNY | 11/7/07 |
   | US District Court - SDNY | 11/7/07 |
   | US District Court - WDNY | 8/16/21 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | 1/24/2023 | In re: Ragster Investment Group, Inc. 22-42825-elm |
    | 2/23/2023 | Flexible Funding, Ltd v. TVT 2.0 LLC 23-04009-msm |

13. Local counsel of record: Kendal B. Reed

14. Local counsel's address: 8080 ParkLane, Suite 700
    Dallas, Texas 75231

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Logan Rappaport                                        10/30/2024
_____                            _____
Printed Name of Applicant                              Date

*[signature]*
_____
Signature of Applicant